**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lakota Ortley, | ) | Case No. 1:08-mj-026 |
| | ) | |
| Defendant. | ) | |

_____

On July 3, 2008, the Government filed Dismissal of Complaint and Motion for Leave to File pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The court **GRANTS** the Government's motion (Docket No. 3) and **ORDERS** that the above-entitled action be dismissed.

Dated this 7th day of July, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court